**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:06-CR-0326 |
| KEITH JEFFREY GOLOMB. | (JUDGE CAPUTO) |

**ORDER**

**NOW**, this 9th day of January, 2017, **IT IS HEREBY ORDERED** that:

(1) The Government's Motion to Stay Proceeding (Doc. 53) is **GRANTED**. The proceedings in this matter are hereby **STAYED** pending the Supreme Court's decision in *Beckles v. United States*, 616 Fed. Appx. 415 (11th Cir. 2015), *cert. granted*, 2016 WL 1029080 (U.S. June 27, 2016) (No. 15-8544). Counsel for the parties are directed to alert the Court when a decision by the Supreme Court is issued in *Beckles v. United States*.

(2) Keith Jeffrey Golomb's Motion for Release on Bond Pending Habeas Proceedings (Doc. 55) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge